**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

January 30, 2025

**BY ELECTRONIC FILING**

Hon. Lewis J. Liman
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Letter Motion Re:** *United States v. Brian Hernandez*, **24-cr-417-4 (LJL)**

Your Honor:

      I represent Mr. Bryan Hernandez, who is slated to go to trial in this case on March 3, 2025. I am writing this letter to request, with no objection from the government, that the trial be adjourned for any date in June, August or afterwards. Counsel for co-defendant Ramon Rodriguez, who is expected at this time to go to trial, joins in this request for an adjournment.

      Mr. Hernandez faces another indictment in this District – Cr. No. 22-293 – before the Hon. J. Paul Oetken. That trial is scheduled to begin on April 7 and the government has represented its case in chief will last between six to eight weeks. If convicted at trial before Judge Oetken, Mr. Hernandez is exposed to mandatory life in prison. I believe that, after trial before Judge Oetken, the parties may be better situated to reach a non-trial disposition in the case before Your Honor.

      I respectfully request an adjournment, with no objection from the government, so that I may dedicate appropriate time and preparation to the trial in Cr. No. 22-293, which begins in April and where the consequence of a conviction for Mr. Hernandez is life imprisonment. Separately, Raymond Elvis Gazer, the attorney for Mr. Hernandez's co-defendant at trial, joins this request for an adjournment. Attorney Gazer suffered the recent passing of his father.

      If this Honorable Court were to grant this application, both co-defendants, through their attorneys, waive the time, under the Speedy Trial Act, between the filing of this application until the next hearing the Court schedules.

      Respectfully,

*S/Leonardo M. Aldridge*
Leonardo M. Aldridge

Cc AUSAs Frank Balsamello, Brandon Harper

REQUEST GRANTED as to Brian Hernandez and Ramon Rodriguez.
The Court vacates the previous trial schedule and pretrial deadlines and resets the dates as follows. Government to produce 3500 material by June 9, 2025. Requests to charge, proposed voir dire, and motions in limine are due May 30, 2025. Objections to request to charge and responses to motions in limine are due June 6, 2025. The Final Pretrial Conference is rescheduled to June 17, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Jury Trial is rescheduled to June 23, 2025 at 9:30AM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on application of the Government and consent of defendants, excludes time from February 3, 2025 until June 23, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendants in a speedy trial for the reasons as stated in the letter.

2/3/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge